IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA GATHAGAN, | Civil Action |
| Plaintiff, | No. 23-291 |
| v. | |
| STAFF MANAGEMENT SOLUTIONS, LLC, | Judge Haines |
| Defendant. | JURY TRIAL DEMANDED |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Melissa Gathagan, and Defendant, Staff Management Solutions, LLC, that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: April 22, 2024

Respectfully submitted,

/s/ John E. Black, III
John E. Black, III
Pa.I.D. No. 83727
Edgar Snyder & Associates
U.S. Steel Tower, 10th Floor
600 Grant Street
Pittsburgh, PA 15219
(412) 394-4446
jblack@edgarsnyder.com

Counsel for Plaintiff

/s/ Kyle T. McGee
Kyle T. McGee
Pa.I.D. No. 205661
Margolis Edelstein
535 Smithfield Street, Suite 1100
Pittsburgh, PA 15222
(412) 355-49712
kmcgee@margolisedelstein.com

Counsel for Defendant

AND NOW, this 23rd day of April, 2024,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE